**ARIZONA CONSUMER LAW GROUP, PLC**
John N. Skiba (022699)
Jesse H. Walker (032761)
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
T: (480) 420-4028  F: (480) 302-7844
Email: john@skibalaw.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MIGUEL VARGAS, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, and SYNCHRONY BANK, formerly known as GE CAPITAL RETAIL BANK, NATIONWIDE CREDIT INC., <br><br> Defendants. | Case No: _____ <br><br><br> **COMPLAINT** <br><br><br> JURY TRIAL DEMANDED |

Plaintiff Miguel Vargas, through counsel, does hereby state his complaint against Defendants Portfolio Recovery Associates, LLC ("Portfolio Recovery") and Synchrony Bank as follows:

## **JURISDICTION**

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2. This action arises, in part, out of Defendants Portfolio Recovery's and Nationwide Credit, Inc.'s violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692

et seq. ("FDCPA") and the invasions of Plaintiff's personal privacy by these Defendants in their efforts to collect a consumer debt.

3. This action arises, in part, out of Defendant Synchrony Bank's violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") and the Arizona Fair Credit Reporting Act A.R.S § 44-1691.

4. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

## PARTIES

5. Plaintiff Miguel Vargas is a natural person who resides in the City of Phoenix, County of Maricopa, State of Arizona, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant Portfolio Recovery Associates, LLC is limited liability company organized and operating under the laws of the State of Delaware with its principal place of business in the State of Virginia and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

7. Defendant Nationwide Credit, Inc. is incorporated, organized and operating under the laws of the State of Georgia with its principal place of business in the State of Arizona and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

8. Defendant Synchrony Bank, formerly known as GE Capital Retail Bank, is a federal savings bank incorporated in the State of Utah with a principal place of business in the State of Utah.

## FACTUAL ALLEGATIONS

9. Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) through Synchrony Bank/Walmart, account number ending in 6724. *See* Civil Complaint, a true and accurate copy is attached as Exhibit A.

10. Sometime thereafter, the debt was allegedly consigned, placed or otherwise transferred to Capital Retail bank and Portfolio Recovery Associates, LLC., LLC for collection from the Plaintiff. *Id.*

11. On or about June 17, 2015, Portfolio Recovery sued Plaintiff in the Country Meadows Justice Court, County of Maricopa, State of Arizona, case number CC2015-108948, on a breach of contract theory. *Id.*

12. On or about May 24, 2016, Plaintiff Portfolio Recovery and Mr. Vargas agreed, via email and through counsel, to dismiss the justice court case with prejudice.

13. On May 24, 2016, the same day the parties agreed to dismiss, Plaintiff's attorney signed and mailed a copy of the Stipulated Motion for Dismissal with Prejudice to Portfolio Recovery's counsel's office. *Id.*; *See* Executed Stipulated Motion for Dismissal with Prejudice and Time-Stamped Envelope, a true and accurate copy is attached as Exhibit B.

14. On July 1, 2016, the court ordered the matter dismissed with prejudice and without a hearing. *See* Order, a true and accurate copy is attached as Exhibit C.

15. On or about June 8, 2016, Portfolio Recovery mailed Plaintiff a letter stating that Portfolio Recovery "has returned this [Synchrony Bank] account to the seller." *See* Portfolio Recovery Letter dated June 8, 2016, a true and accurate copy is attached as Exhibit D.

16. Plaintiff's counsel notified Portfolio Recovery's counsel of this letter and attached the letter via email on June 14, 2016.

17. Plaintiff's counsel notified Portfolio Recovery's counsel of this letter again and attached the letter via email on June 17, 2016.

18. Plaintiff submitted a fraud claim with Synchrony Bank disputing the account.

19. On or about June 23, 2016, Synchrony Bank sent Plaintiff a letter rejecting Plaintiff's fraud claim because "[Plaintiff] benefited from use of card/participated in the purchases." *See* Synchrony Bank Letter dated June 23, 2016, a true and accurate copy is attached as Exhibit E.

20. On or about June 29, 2016, Nationwide Credit, Inc. sent Plaintiff a letter seeking payment on a Synchrony Bank/Walmart account in the amount of $1,962.81, account ending in 6724. *See* Nationwide Credit, Inc. Letter, a true and accurate copy is attached as Exhibit F.

21. Plaintiff disputed the Synchrony Bank account with Experian.  On October 11, 2016, Experian sent Plaintiff the results of the dispute investigation and concluded that the debt was valid. *See* Experian Dispute Letter, a true and accurate copy is attached hereto as Exhibit G.

22. Despite Plaintiff's attempts to contact Portfolio Recovery's counsel through email and telephone calls, Plaintiff has never received an answer why the account which was dismissed with prejudice has been recalled to the original creditor and possibly re-sold.

23. Despite the matter being dismissed with prejudice, Nationwide Credit, Inc. continues collection attempts.

24. Synchrony Bank continues to furnish information to credit agencies that the Synchrony Bank account is in collections with a balance due and owing. *See* January 9, 2017 Experian Credit Report, a true and accurate copy is attached as Exhibit H.

25. Defendants Portfolio Recovery and Nationwide Credit, Inc. are in violation of numerous and multiple provisions of the FDCPA including but not limited to 15 U.S.C. §§ 1692c(a)(2), 1692e, 1692e(2), 1692e(3), 1692e(5), 1692e(8), 1692e(10), 1692e(12), 1692f, and 1692f(1).

26. Plaintiff has suffered actual damages as a result of these illegal transfers of debt and collection communications in the form of anger, anxiety, emotional distress, fear, humiliation, frustration, amongst other negative emotions.

27. Defendant Synchrony Bank is in violation of numerous and multiple provisions of the FCRA including but not limited to 15 U.S.C. §§ 1681*n*, 1681*o*, 1681*i*, 1681*s*, and 1681*s*-2(b)(1).

28. Additional damages include out-of-pocket costs, loss of time from work, loss of credit opportunities and significant delay in purchasing a residence due to negative credit reporting.

## TRIAL BY JURY

29. Plaintiff is entitled to and hereby respectfully demands a trial by jury. U.S. Const. amend. 7. Fed.R.Civ.P. 38.

## CAUSES OF ACTION

## COUNT I.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

30. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

31. The foregoing acts and omissions of Defendants Portfolio Recovery and Nationwide Credit, Inc. constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

32. As a result of Portfolio Recovery's and Nationwide Credit, Inc.'s violations of the FDCPA, Plaintiff is therefore entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from each and every Defendant Portfolio Recovery herein.

///
///

## COUNT II.

## VIOLATIONS OF THE ARIZONA FAIR DEBT COLLECTION PRACTICES ACT

### A.R.S § 32-1001 et seq.

33. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

34. The foregoing acts and omissions of Defendants Portfolio Recovery and Nationwide Credit, Inc. constitute numerous and multiple violations of the Arizona FDCPA including, but not limited to, each and every one of the above-cited provisions of the Arizona FDCPA, A.R.S. § 32-1001 et seq.

35. Plaintiff is entitled to actual damages and attorney's fees and costs from Defendants Portfolio Recovery and Nationwide Credit, Inc. herein.

## COUNT III.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

### 15 U.S.C. § 1681 et seq.

36. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

37. The foregoing acts and omissions of Defendant Synchrony Bank constitute numerous and multiple violations of the FCRA including, but not limited to, each and every one of the above-cited provisions of the FCRA, 15 U.S.C. § 1681 et seq.

38. Section 1681$s$-2(b)(1) of the FCRA imposes liability on furnisher of information to investigate disputes from consumers as to the accuracy of reported information, i.e., perform a reasonable investigation. See 15 U.S.C. § 1681s-2(b)(1). After receiving a § 1681$i$ notice of a dispute over the accuracy or completeness of any information provided by a person to a consumer reporting agency, the person shall:

(A)   conduct an investigation with respect to the disputed information;

(B)     review all relevant information provided by the consumer reporting agency pursuant to § 1681*i*;

(C)     report the results of the investigation to the consumer reporting agency;

(D)     if the investigation finds that the information is incomplete or inaccurate, report those results to all other consumer reporting agencies to which the person furnished the information and that compile and maintain files on consumers on a nationwide basis; and

(E) if an item of information disputed by a consumer is found to be inaccurate or incomplete or cannot be verified after any reinvestigation under paragraph (1), for purposes of reporting to consumer reporting agency only, as appropriate, based on the results of the reinvestigation promptly –

(i)      modify that item of information;

(ii)     delete that item of information; or

(iii)    permanently block the reporting of that item of information

See 15 U.S.C. § 1681s-2(b).

39.   Defendant Synchrony Bank failed to conduct reasonable investigations, failed to satisfy its duty under § 1681*s*-2(b), and both willfully and negligently refused to comply with the FCRA requirements listed above.

40.   As a result of Defendant Synchrony Bank's violations of the FCRA, Plaintiff is therefore entitled to actual damages pursuant to 15 U.S.C. § 1681(a)(1); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1681(a)(2) from Defendant Synchrony Bank.

///
///

## COUNT IV.

## VIOLATIONS OF THE ARIZONA FAIR CREDIT REPORTING ACT

### A.R.S § 44-1691 et seq.

41.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

42.    The foregoing acts and omissions of Defendant Synchrony Bank constitute numerous and multiple violations of the Arizona FCRA including, but not limited to, each and every one of the above-cited provisions of the Arizona FCRA, A.R.S. § 44-1691 et seq.

43.    Pursuant to A.R.S. § 44-1695, Plaintiff is entitled to actual damages, punitive damages, attorney's fees and costs from Defendant Synchrony Bank for gross negligence in the use of credit reporting information.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that judgment be entered against each and every Defendant:

## COUNT I.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant Portfolio Recovery;

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant Portfolio Recovery;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant Portfolio Recovery;

## COUNT II.

## VIOLATIONS OF THE ARIZONA FAIR DEBT COLLECTION PRACTICES ACT

### A.R.S § 32-1001 et seq.

- for an award of actual damages against Defendant Portfolio Recovery;
- for an award of costs of litigation and reasonable attorney's fees against Defendant Portfolio Recovery;

## COUNT III.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

### 15 U.S.C. § 1681 et seq.

- for an award of actual damages pursuant to 15 U.S.C. § 1681(a)(1) against Defendant Synchrony Bank;
- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1681(a)(2) against Defendant Synchrony Bank;

## COUNT IV.

## VIOLATIONS OF THE ARIZONA FAIR CREDIT REPORTING ACT

### A.R.S § 44-1691 et seq.

- for an award of actual and punitive damages, costs and attorneys' fees pursuant to A.R.S. §44-1695 against Defendant Synchrony Bank.
- for such other and further damages as this Court deems appropriate.

///

///

1

DATED this 12th day of February, 2017.

2

3

Arizona Consumer Law Group, PLC

4

5

6

John N. Skiba

Jesse H. Walker

*Counsel for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

# EXHIBIT A

William A. Kelhoffer, SBN 030708
Jacqueline E. Ligas, SBN 028671
Emily E. Cooper, SBN 030100
Blatt, Hasenmiller, Leibsker & Moore, LLC
2702 N. 3rd Street, Suite 2010
Phoenix, AZ 85004
Telephone: (602) 277-5459
Fax: (602) 277-5377
DLArizonaAttorneys@bhlmlaw.com
Attorney for Plaintiff

IN THE COUNTRY MEADOWS JUSTICE COURT,
COUNTY OF MARICOPA, STATE OF ARIZONA
1 W MADISON, LOWER LEVEL  PHOENIX, AZ 85003

PORTFOLIO RECOVERY ASSOCIATES, LLC,

      Plaintiff,

vs.

MIGUEL VARGAS,
AND JANE DOE

      Defendant(s).

Case No.: CC2015108948 RC

**SUMMONS**

**WARNING: This is an official document from the court that affects your rights.**

**Read this carefully.  If you do not understand it, contact a lawyer for help.**

THE STATE OF ARIZONA to the above named defendant(s):

      MIGUEL VARGAS AND JANE DOE
      4659 N 105TH AVE
      PHOENIX, AZ 85037

3005545
PATSBJ1I (01/15/2015)

-1-

A law suit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this "Summons".

YOU ARE HEREBY SUMMONED AND required to appear and defend this action in this Court.  If served in Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint, exclusive of the day of service.  If served out of Arizona, whether by direct service, by registered/certified mail or publication, you shall appear and defend within 30 days after service upon you is complete, exclusive of the day of service.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you.

In order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court accompanied by the necessary filing fee within the time required, and you are required to serve a copy of that Answer/Response upon Plaintiff's attorneys.

SIGNED AND SEALED this date_____ 6|17|2015 _____.

By: _____

JUSTICE OF THE PEACE

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING

3005545
PATSBJ2I (05/12/2014)



-2-

### Rule JCRCP 112(d)
### Notice to the Defendant: A lawsuit has been filed against you in justice court!
### *You have rights and responsibilities in this lawsuit. Read this notice carefully.*

1.    In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing memeber. A corporation or an LLC may also be represented by an attorney.

If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2.    You have a responsibilty to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at *http://www.azcourts.gov/*, under the "AZ Supreme Court" tab.

3.    A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint **in writing** and **within twenty (20) days** from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, and on the Self-Service Center of the Arizona Judicial Branch website at *http://www.azcourts.gov/* under the "Public Services" tab. You may prepare your answer electronically at *http://www.azturbocourt.gov/*; this requires payment of an additional fee. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4.    You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5.    You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must file your answer on time.

6.    You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7.    Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8.    The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

William A. Kelhoffer, SBN 030708
Jacqueline E. Ligas, SBN 028671
Emily E. Cooper, SBN 030100
Blatt, Hasenmiller, Leibsker & Moore, LLC
2702 N. 3rd Street, Suite 2010
Phoenix, AZ 85004
Telephone: (602) 277-5459
Fax: (602) 277-5377
DLArizonaAttorneys@bhlmlaw.com
Attorney for Plaintiff

IN THE COUNTRY MEADOWS JUSTICE COURT,
COUNTY OF MARICOPA, STATE OF ARIZONA
1 W MADISON, LOWER LEVEL  PHOENIX, AZ 85003

PORTFOLIO RECOVERY ASSOCIATES, LLC,

   Plaintiff,

  vs.

MIGUEL VARGAS,
AND JANE DOE

   Defendant(s).

Case No.: CC2015108948RC

**COMPLAINT**

Plaintiff, PORTFOLIO RECOVERY ASSOCIATES, LLC,

for its complaint against Defendant(s), alleges as follows:

1. Plaintiff, is informed and thereon believes, at all times material hereto, Defendant(s) is/are residents of Maricopa County. This honorable court has jurisdiction over the matters contained herein and the venue is proper.

2. Defendant(s) MIGUEL VARGAS AND JANE DOE, upon information and belief, are or were husband and wife at all times during the events giving rise to this action. Defendant(s), upon information and belief, at all times acted for the benefit of the marital community.

3. Prior to filing this action, Defendant(s) opened an account with SYNCHRONY BANK agreeing to make monthly payments for purchases to the account or other consumer

3005545
PATCPUJI (02/13/2015)

-1-

1  finance account (hereinafter "the account").

2  4. At all times relevant hereto, the Defendant(s) was the holder of a credit card or other

3     consumer finance account, which at the request of the Defendant(s) was issued to the

4     Defendant(s) by SYNCHRONY BANK.

5     Plaintiff is the successor in interest of said account or other consumer finance account

6     from SYNCHRONY BANK, having purchased the account

7     in the regular course of business in good faith and for value.

8  5. Defendant(s) accepted and used the account so issued and by so doing agreed to

9     perform the terms and conditions prescribed for the use of the account.

10 6. The Defendant(s) received and accepted goods and merchandise and/or accepted

11    services or cash advances through the use of the account. A true and correct copy of

12    Plaintiff's affidavit is attached hereto.

13 7. All the credits to which the Defendant(s) is entitled have been applied and there remains

14    a balance due in the amount of $1962.81.

15 8. Plaintiff has made demand upon the Defendant(s), who is in default, for payment of the

17    balance due but the Defendant(s) has failed and refused, and still refuses, to pay the

18    same or any part thereof.

19 9. Plaintiff, through its undersigned counsel states and declares that Defendant is not on

20    active military service. Plaintiff's statement that Defendant is not an active military

21    service is based upon Defendant(s) Military Status Report pursuant to 50 U.S.C. App.

22    Section 521, 525 which was obtained from Plaintiff's undersigned counsel's firms search

23    of the Department of Defense Manpower Data Center (https://www.dmdc.osd.mil/appj/scra).

24 WHEREFORE, Plaintiff claims of the Defendant(s) the sum of $1962.81 plus applicable

25 court costs.

26 DATED: ___JUN 1 0 2015_____

27                                    Blatt, Hasenmiller, Leibsker & Moore, LLC

28

                                       By: _____
                                           Attorney for Plaintiff

3005545
PATCPU2I (02/13/2015)

                                    -2-

## AFFIDAVIT

State of California
City of San Diego ss.

I, the undersigned, _____ Colby Eyre _____, Custodian of Records, for Portfolio Recovery Associates, LLC hereby depose, affirm and state as follows:

1.    I am competent to testify to the matters contained herein.

2.    I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Original Creditor **SYNCHRONY BANK/WAL-MART** and those records transferred to Account Assignee from **SYNCHRONY BANK** ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3.    According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on **10/21/2014**. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4.    According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from **MIGUEL VARGAS** ("Debtor and Co-Debtor") to the Account Seller the sum of **$1,962.81** with the respect to account number ending in **6724** as of the date of **12/18/2013** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5.    According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$1,962.81** as due and owing as of the date of this affidavit.

6.    Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC

By: _____ Colby Eyre _____, Custodian of Records

STEPHEN P. SENECA
COMM. #1989109
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Aug 25, 2016

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

5 - 0 5    2 0 1 5

Subscribed and sworn to (or affirmed) before me on _____ of _____, by _____ Colby Eyre _____,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

xxxxxx

# EXHIBIT B

1  William Kelhoffer, SBN 030708
    Jacqueline E. Ligas, SBN 028671
2  Emily E. Cooper, SBN 030100
    Tyson Cullimore, SBN 031873
3  John J. Sheils, SBN 031564
    Blatt, Hasenmiller, Leibsker & Moore, LLC
4  2702 N. 3rd Street, Suite 2010
    Phoenix, AZ 85004
5  Telephone: (602) 277-5459
    FAX: (602) 277-5377
6  DLArizonaAttorneys@bhlmlaw.com

In The Country Meadows Justice Court
1 W Madison Lower Level
Phoenix AZ 85003

7

In The Country Meadows Justice Court
County Of Maricopa  State Of Arizona

8

9  PORTFOLIO RECOVERY ASSOCIATES, LLC

Case No. CC2015-108948RC

10

                  Plaintiff

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT HEARING**

11  vs.

12  Miguel Vargas

                Defendant (s)

13

14        Pursuant to Rule 144(c) JCRCP, the parties in the above captioned matter have agreed to dismissal

15  of the action.
        Dismissal with prejudice is appropriate under said rule for the following reasons:

16  1.  There are no outstanding legal issues that would require adjudication by the Court.
    2.  That each party is to bear their own costs and attorney's fees, if any, accrued in this

17       action
    3.  The parties further agree that any Court appearances set in this matter are no longer necessary and

18       therefore may be vacated.

19  DATED this _____

20                Blatt, Hasenmiller, Leibsker, & Moore, LLC

21                   By:_____

22                   Attorney for Plaintiff

23  DATED this 5/24/16

24             By:_____
             Attorney for Defendant

25

             1

26

1

2  Copies of the following sent via legal messenger service/mail this date_____ to:

3

In The Country Meadows Justice Court
4  1 W Madison Lower Level
Phoenix AZ 85003

5

Arizona Consumer Law Group, PLC
6  John N. Skiba, Esq. or Jesse Walker, Esq.
1640 S Stapley Dr #127
7  Mesa, AZ 85204
Attorney for Defendant (s)

8

9

10

11

12

13

14  By:_____

15

16

17

18

19

20

21

22  3005545

23

24

25                                  2

26

<table>
<tr><td>

1  William Kelhoffer, SBN 030708
   Jacqueline E. Ligas, SBN 028671
2  Emily E. Cooper, SBN 030100
   Tyson Cullimore, SBN 031873
3  John J. Sheils, SBN 031564
   Blatt, Hasenmiller, Leibsker & Moore, LLC
4  2702 N. 3rd Street, Suite 2010
   Phoenix, AZ 85004
5  Telephone: (602) 277-5459
   FAX: (602) 277-5377
6  DLArizonaAttorneys@bhlmlaw.com

</td><td>

In The Country Meadows Justice Court
1 W Madison Lower Level
Phoenix AZ 85003

</td></tr>
</table>

7                  In The Country Meadows Justice Court
8                   County Of Maricopa  State Of Arizona

9   PORTFOLIO RECOVERY ASSOCIATES,
    LLC                                          Case No. CC2015-108948RC

10                                               **ORDER FOR DISMISSAL WITH**
                              Plaintiff          **PREJUDICE AND WITHOUT**
11  vs.                                          **HEARING**

12  Miguel Vargas
                              Defendant (s)
13

14        THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice and

15  without hearing, and being fully advised, finds that no substantial legal right of the parties will be

16  prejudiced thereby.

         Based upon the foregoing finding;

17        IT IS HEREBY ORDERED that this action be dismissed with prejudice.

18        IT IS FURTHER ORDERED that each party must bear their own costs and attorney's fees, if any,

19  accrued in this action.

20        IT IS FURTHER ORDERED that any Court appearances set in this matter are hereby vacated.

21

22  DATE _____

23

24                                   By:_____
                                          JUSTICE OF THE PEACE
25  3005545
                                    3
26

1

2

3      .

4

5

6      Arizona Consumer Law Group, PLC
     John N. Skiba, Esq. or Jesse Walker, Esq.

7      1640 S Stapley Dr #127
     Mesa, AZ 85204

8

9

10

11

12

13

14

15

16

17

18

19

20

21 3005545

22

23 **THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

24

25                                4

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    3005545

23    **THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

24

25                                          5

26



062S0007845984

$0.470
US POSTAGE
FIRST-CLASS
FROM 85140
MAY 24 2016
stamps.com



Blatt, Hasenmiller, Leibsker & Moore, LLC
2702 N 3rd St Suite 2010
Phoenix AZ 85004-4606

1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204

# EXHIBIT C

RECEIVED

AUG 0 2 2016

BY: *Kymber Rudd*

| | |
|---|---|
| 1 | William Kelhoffer, SBN 030708 |
| | Jacqueline E. Ligas, SBN 028671 |
| 2 | Emily E. Cooper, SBN 030100 |
| | Tyson Cullimore, SBN 031873 |
| 3 | John J. Sheils, SBN 031564 |
| | Blatt, Hasenmiller, Leibsker & Moore, LLC |
| 4 | 2702 N. 3rd Street, Suite 2010 |
| | Phoenix, AZ 85004 |
| 5 | Telephone: (602) 277-5459 |
| | FAX: (602) 277-5377 |
| 6 | DLArizonaAttorneys@bhlmlaw.com |

In The Country Meadows Justice Court
1 W Madison Lower Level
Phoenix AZ 85003

7          In The Country Meadows Justice Court
         County Of Maricopa  State Of Arizona

8

9    PORTFOLIO RECOVERY ASSOCIATES, LLC

       Case No. CC2015-108948RC

10                       Plaintiff

   **ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT HEARING**

11    vs.

12    Miguel Vargas

13                 Defendant (s)

14       THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice and

15 without hearing, and being fully advised, finds that no substantial legal right of the parties will be

16 prejudiced thereby.

17       Based upon the foregoing finding;

      IT IS HEREBY ORDERED that this action be dismissed with prejudice.

18       IT IS FURTHER ORDERED that each party must bear their own costs and attorney's fees, if any,

19 accrued in this action.

20       IT IS FURTHER ORDERED that any Court appearances set in this matter are hereby vacated.

21

22 DATE _____

23                 /s/ Anna Huberman 07/01/2016
           By:_____

24               JUSTICE OF THE PEACE

25 3005545

26                    3

Certificate of Mailing
Maricopa County Justice Courts

Case Number: CC2015108948

I CERTIFY that I mailed/delivered a copy to:

☐ Plaintiff at the above address                 ☒ Defendant at the above address

☒ Plaintiff's Attorney                           ☐ Defendant's Attorney

☐ Garnishee                                      ☐ Other

Date: 7/7/2016                                   Clerk: TT

# EXHIBIT D

PRA601-0607-742818873-00482-462

# Portfolio Recovery Associates, LLC



**June 8, 2016**

**Account Number:** 5239141484356724
**SELLER: SYNCHRONY BANK**
**MERCHANT: WAL-MART**
**ORIGINAL CREDITOR: SYNCHRONY BANK**

**www.portfoliorecovery.com**

**Balance: $1,962.81**

This letter is in reference to the account listed above.

Portfolio Recovery Associates, LLC ("PRA, LLC") has returned this account to the seller. The representatives of PRA, LLC will not attempt to collect this account in the future.

Please contact us at 1-800-772-1413 should you need to contact PRA, LLC about this account.

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA  23541

**Hours of Operation (EST):** 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun.

## This communication is from a debt collector.
## Notice: See Reverse Side for Important Information

DEPT 922      9288008016064
PO BOX 4115
CONCORD CA  94524

Account Number:  5239141484356724

ADDRESS SERVICE REQUESTED

#BWNFTZF #9229288006016064#



MIGUEL VARGAS
4659 N 105TH AVE
PHOENIX AZ 85037-5114

601

# EXHIBIT E

SYNCHRONY BANK
P.O. Box 965022
Orlando, FL 32896-5022

19842
A106

06/23/2016

MIGUEL A VARGAS
4659 N 105TH AVE
PHOENIX AZ 85037-5114

ᵘⁱˡⁱⁱᵖⁱⁱˡⁱⁱᵖᵒᵒⁱˡⁱˡⁱⁱˡⁱⁱᵖⁱˡˡⁱⁱᵖⁱⁱˡⁱⁱᵒᵒⁱˡᵈⁱⁱₙⁱⁱˡⁱⁱˡⁱⁱˡⁱᵒᵒⁱⁱ

**Account Number Ending In: 6724**

Dear MIGUEL A VARGAS,

We are writing you today regarding the Walmart® MasterCard® Card account referenced above, which is serviced by SYNCHRONY BANK.

You are a valued customer. We have concluded our investigation of the Fraud Claim. We are unable to accept your claim for the following reasons, which we have indicated by the "X" below.

```
_   Account opened greater than 1 year with verifiable payment history
X   Customer benefited from use of card/participated in the purchases
_   Customer failed to cooperate with reasonable investigation
_   Customer released account information to a third party
_   Customer accepts responsibility for the charges
_   Merchandise was shipped to customer's verified address
_   Signature on sales receipt is consistent with the Application on file
_   Signature on sales receipt is consistent with Fraud Investigation Form
_   Signature on sales receipt is consistent with the Payment on file
_   Signature on sales receipt is consistent with signature of Primary/Joint/ or Authorized user
```

At this time there is an outstanding balance on your account.

*Please note: California residents who are victims of identity theft, may have the right to contact Consumer Reporting Agencies to request a permanent block on the reporting of any information that the victim believes appears in his or her credit report as a result of the theft of personal identifying information.*

If you have any questions, please call the phone number listed below.

Sincerely,

Fraud Department
1-888-518-6278

Account is owned by SYNCHRONY BANK

# EXHIBIT F

PERSONAL AND CONFIDENTIAL
PO BOX 26314
LEHIGH VALLEY  18002-6315          01568



| | |
|---|---|
| ACCOUNT NUMBER: | XXXXXXXXXXXX6724 |
| NCI ID: | 16181116712 |
| ACCOUNT BALANCE: | $1,962.81 |
| AMOUNT ENCLOSED: | |

24-hour account access: **myaccount.ncirm.com**

o Change of address: Print New Address on Back



037/C47/780/06/29/2016

**REMIT TO:**

ıllıllıllı.lıllılllllllllıllıllılıllıllıllıllllllıllıllıll

**NATIONWIDE CREDIT, INC.**
P.O. BOX 26314
LEHIGH VALLEY PA 18002-6314

ıllıllllllılılılıllıllıllılllllllllllllllllllllll

61608-30A
Miguel Vargas
4659 N 105TH AVE
Phoenix AZ 85037-5114

01  16181116712  0

---

***\*\*\* Please See Reverse Side of This Letter for Important  Consumer Information \*\*\****
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order - Make Sure the "Remit to" Address appears in the Window



# Nationwide Credit, Inc.

PO BOX 26314
LEHIGH VALLEY PA  18002-6314
Mon-Tue 8am-5pm, Wed-Thurs 12pm-9pm, Fri 8am-2pm ET
1-877-628-1666
myaccount.ncirm.com

Current Creditor: Synchrony Bank-Walmart MC
Account Number: XXXXXXXXXXXX6724
Account Balance: $1,962.81
Date: 06/29/2016

**ACCREDITED BUSINESS** BBB.  Nationwide Credit, Inc. has a
Better Business Bureau Rating of A+

Let Us Help You!

Your outstanding balance with the above referenced creditor is past due and has been referred to Nationwide Credit, Inc.
for collection. The Account Balance as of the date of this letter is shown above. The following options are available to
help you resolve this account:

| 🖥 **Secure Online Portal:** myaccount.ncirm.com is available 24 hours a day to schedule payments, negotiate alternatives, manage your account and more! | 📧 **Pay by Mail:** Send a check or money order payable to **Nationwide Credit, Inc.** to: PO BOX 26314 LEHIGH VALLEY PA18002-6314 |
|---|---|
| Login using your NCI ID: **16181116712** and Password: Last four digits of your SSN | Reference your NCI ID on your check or money order  ☎ **Pay by Phone:** Toll free 1-877-628-1666 |

**Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of
the debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing
within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, this office
will obtain verification of the debt or obtain a copy of a judgment against you and mail you a copy of such
judgment or verification. Upon your written request within thirty (30) days after receiving this notice, this
office will provide you with the name and address of the original creditor, if different from the current
creditor.**

This demand for payment does not eliminate your right to dispute this debt or inquire for more information
about this debt, as described in the previous paragraphs.

We look forward to assisting you in resolving this account.

Nationwide Credit, Inc.

**This communication is an attempt to collect a debt by a debt collector or consumer collection agency and any
information obtained will be used for that purpose.**



myaccount.ncirm.com

➢24-hour Access

➢ Make or
Reschedule
Payments

➢ Change Your
Contact
Information

➢Tell Us How You
Would Like Us to
Contact You

➢And More...

# **EXHIBIT G**



| Report Number: | Summary of Results |
| --- | --- |
| **3643-9774-69** | Details of Dispute Results |
| Online Credit Report from Experian for: | Important Message from Experian |
| **MIGUEL A VARGAS** | Know your rights |
| | View a complete copy of your corrected report |
| Report date: **October 11, 2016** | |



We have completed the processing of your dispute(s). Here are the results. If you still question an item then you may want to contact the furnisher of the information directly or review the original information in the public record.

## Contact us                                                                 Back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

**Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.**

## Results                                                                    Back to top
**How to read your results**
• **Deleted** - This item was removed from your credit report
• **Remains** - This item was not changed as a result of our processing of your dispute.
• **Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.
• **Processed** - This item was either updated or deleted; review this report to learn its outcome

Credit Items
SYNCB/WALMART DC
**Account Number:** 523914148435....                                 **Outcome:** Remains

Personal Information
Telephone number                                                     **Outcome:** Deleted
Employer                                                             **Outcome:** Deleted

Notice of Results
At your request, the following organizations will receive the results of your investigation:
PORTFOLIO RECOVERY ASSOC

Pending Items
SYNCB/WALMART DC
**Account Number:** 523914148435....                                 **Outcome:** Pending
                                                                     **Date:** October 14, 2016

**Details Of Dispute Results** Back to top

---

**Personal Information** Back to top

---

The following information is reported to us by you, your creditors and other sources. Each source may report your personal info differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud prevention efforts, a notice with additional information may appear. As a security precaution, we did not list the Social Security number that you provided when you contacted us. The names are listed in no particular order and may include variations of your legal name. The Name identification number is how our system identifies the names associated with respective accounts on your credit report. These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address. The Geographical Code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

**Names:**
MIGUEL A VARGAS
**Name identification number:**24894

MIGUEL VARGAS
**Name identification number:**24914

MIGUEL ANGEL VARGAS
**Name identification number:**14278

**Social Security number variations:**
**Year of birth:**
1992
**Telephone numbers:**
(623) 692-5503 Cellular

**Address:**
4659 N 105TH AVE
PHOENIX, AZ 85037-5114
**Address identification number:**
0163725726
**Type of Residence:**
Single family
**Geographical code:**
0-8200210-13-6200

---

**Your Personal Statement(s)** Back to top

ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. THIS SECURITY ALERT WILL BE MAINTAINED FOR 90 DAYS BEGINNING 09-22-16.

---

## Important Message From Experian Back to top

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Know your rights Back to top

# FCRA Rights

**Para informacion en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o a person has taken adverse action against you because of information in your credit report;
  o you are the victim of identify theft and place a fraud alert in your file;
  o your file contains inaccurate information as a result of fraud;
  o you are on public assistance;
  o you are unemployed but expect to apply for employment within 60 days.

  All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| Type of Business: | Contact: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>**b.** Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |
| **2.** To the extent not included in item 1 above:<br><br>**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>**b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |

| | |
|---|---|
| lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>**d.** Federal Credit Unions | **c.** FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>**d.** National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| **3.** Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| **4.** Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| **6.** Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

## States Rights

Notification of rights for Alabama consumers
Notification of rights for Alaska consumers
Notification of rights for Arkansas consumers
Notification of rights for California consumers
California notice of your rights to request and obtain your credit score
Notification of rights for Colorado consumers
Notification of rights for Connecticut consumers
Notification of rights for Delaware consumers
Notification of rights for District of Columbia consumers
Notification of rights for Florida consumers
Notification of rights for Georgia consumers
Notification of rights for Indiana consumers
Notification of rights for Maryland consumers
Notification of rights for Massachusetts consumers
Notification of rights for Missouri consumers
Notification of rights for Montana consumers
Notification of rights for Nevada consumers
Notification of rights for New Hampshire consumers
Notification of rights for New Jersey consumers
Notification of rights for New Mexico consumers
Notification of rights for New York consumers
Notification of rights for North Carolina consumers
Notification of rights for North Dakota consumers
Notification of rights for Ohio consumers
Notification of rights for Oklahoma consumers
Notification of rights for Rhode Island consumers

Notification of rights for Tennessee consumers
Notification of rights for Texas consumers
Notification of rights for Vermont consumers
Notification of rights for Virginia consumers
Notification of rights for Washington consumers
Notification of rights for West Virginia consumers
Notification of rights for Wisconsin consumers

# EXHIBIT H

MIGUEL A VARGAS - Experian
Date of Report: Jan 9, 2017



⚠ **SYNCB/WALMART DC**
523914148435XXXX                                                                    Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | SYNCB/WALMART DC |
| Account # | 523914148435XXXX |
| Account Status | Closed |
| Last Updated | Jan 2, 2017 |
| Account Type | Credit Card - Revolving Terms |
| Date Opened | Dec 1, 2011 |
| Balance | $1,962 |
| Credit Limit | - |
| Monthly Payment | - |
| Past Due Amount | $468 |
| Payment Status | Charge-off |
| Highest Balance | $1,962 |
| Terms | Revolving |
| Responsibility | Individual |
| Comments | - |

## CREDIT USAGE

**N/A**

Unknown Credit Usage
Credit usage could not be calculated for this account
because either the balance and/or credit limit were not
reported.

## CONTACT INFORMATION

PO BOX 965024
ORLANDO, FL 32896
(866) 611-1148

## PAYMENT HISTORY

**2017**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| FP | | | |

| May | Jun | Jul | Aug |
|---|---|---|---|
| | | | |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| | | | |

**2016**
| Jan | Feb | Mar | Apr |
|---|---|---|---|
| | | | |

| May | Jun | Jul | Aug |
|---|---|---|---|
| | | FP | FP |

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| FP | FP | FP | FP |