**ARIZONA CONSUMER LAW GROUP, PLC**
John N. Skiba (022699)
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
Telephone: (480) 420-4028 Fax: (480) 302-7844
Email: john@skibalaw.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MIGUEL VARGAS,<br><br>        Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; SYNCHRONY BANK, F/K/A GE CAPITAL RETAIL BANK, NATIONWIDE CREDIT, INC.,<br><br>        Defendant. | Case No: 2:17-cv-00519-JJT<br><br><br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Miguel Vargas and Defendants Portfolio Recovery Associates, LLC, Synchrony Bank, f/k/a/ GE Capital Retail Bank, and Nationwide Credit, Inc., through their respective counsel, having reached a settlement as to all claims, do hereby stipulate to this dismissal of this matter in its entirety with prejudice, each side to bear their own attorney's fees and costs.

DATED this 27th day of December 2017.

**Arizona Consumer Law Group, PLC**                **Hinshaw & Culbertson, LLP**


  _/s/ John N. Skiba_____                  _/s/ Brad L. Dunn_ (w/permission)__
*Attorney for Miguel Vargas*                        *Attorney for Portfolio Recovery*
                                                    *Associates, LLC*

1

| | |
|---|---|
| **Snell & Wilmer L.L.P.** | **Reed Smith LLP** |
| _/s/ Anthony King (w/permission)_ | /s/ Zachary Frampton (w/permission) |
| *Attorney for Synchrony Bank* | *Attorney for Nationwide Credit, Inc.* |

COPIES of the foregoing sent via U.S. Postal Service on 27th day of December 2017 to:

Brad Dunn, Esq.
Hinshaw & Culbertson, LLP
2375 East Camelback Road, Suite 750
Phoenix, Arizona 85016

Anthony King, Esq.
Brianna L. Long, Esq.
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

Zachary Frampton, Esq.
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068

By: _/s/ John N. Skiba_

2